# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : No. 2962 Disciplinary Docket No. 3 |
| | : |
| Petitioner | : |
| | : No. 134 DB 2021 |
| v. | : |
| | : |
| | : Attorney Registration No. 205126 |
| TIMOTHY NICHOLAS TOMASIC | : |
| | : |
| Respondent | : (Allegheny County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of March, 2023, upon consideration of Respondent's response to this Court's Rule to Show Cause, the Rule is made absolute. It is ordered that:

1. Respondent is placed on temporary suspension until further definitive action by this Court, *see* Pa.R.D.E. 208(f)(2);

2. Respondent shall comply with the provisions of Pa.R.D.E. 217;

3. The President Judge of the Court of Common Pleas of Allegheny County shall enter such orders as may be necessary to protect the rights of Respondent's clients or fiduciary entities with which he is involved, *see* Pa.R.D.E. 217(g); and

4. All financial institutions in which Respondent holds fiduciary funds shall freeze such accounts pending further action by a court of appropriate jurisdiction.

Respondent's rights to petition for dissolution or amendment of this order and to request accelerated disposition of charges underlying this order pursuant to Pa.R.D.E. 208(f)(6) are specifically preserved.

This Order constitutes an imposition of public discipline. *See* Pa.R.D.E. 402(c)(3) (providing an exception to the confidentiality requirement of Rule 402 when "an order of temporary suspension from the practice of law is entered by the Court pursuant to Enforcement Rule 208(f)").